1 | Clyde DeWitt
California State Bar No. 117911
2 | Law Offices of Clyde DeWitt,
         A Professional Corporation
3 | 2800 28th Street, Suite 321
Santa Monica, CA 90405-6201
4 | (310) 392-2600
Fax (310) 362-8667
5 | clydedewitt@earthlink.net

6 | Counsel for Plaintiff, Seven Cities Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC., | Case Number 5:08-CV-01563-JW |
| Plaintiff | Hon. James Ware |
| v. | **PROOF OF SERVICE OF SUMMONS, FIRST AMENDED COMPLAINT AND OTHER COURT DOCUMENTS** |
| CITY OF SALINAS, | |
| Defendant | |

K:\Files\Wiener 0452\Salinas\08-012-p-POS of Summons & Complaint.wpd    **Page 1**

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

POS-010

ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
204042
Clyde Dewitt
2800 28th Street, Suite 321
Santa Monica, CA 90405
TELEPHONE: (310) 392-2600
ATTORNEY FOR:
UNITED STATES DISTRICT COURT F
STREET ADDRESS: per rule 2.150 (a)(8):
MAILING ADDRESS: the address of the court is not required
CITY AND ZIP CODE:
BRANCH NAME:

FOR COURT USE ONLY

PLAINTIFF/PETITIONER: SEVEN CITIES ENTERPRISES, INC.
DEFENDANT/RESPONDENT: CITY OF SALINAS

CASE NUMBER:
08-CV-01563-JW
Clt. Ref. or File No.:
452.000

**PROOF OF SERVICE OF SUMMONS**

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS; FIRST AMENDED COMPLAINT; NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; OFFICE OF THE CLERK GUIDELINES

3. a. [XX] Party served
      CITY OF SALINAS

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Ann Camel, City Clerk
      (authorized to receive service of process)

4. Address where the party was served: 200 LINCOLN AVENUE
   SALINAS, CA 93901

5. I served the party (check proper box)
   a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 07/03/08 (2) at (time): 8:25 AM.

   (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on (date):         from (city):                 or [__] a declaration of mailing is attache

   (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Computer-generated form
Judicial Council of California
POS-010 (Rev. January 1, 2007)     GO: 11 hafeyb

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, 417.10

AX0211080710005

| | |
|---|---|
| PLAINTIFF/PETITIONER: SEVEN CITIES ENTERPRISES, INC.<br>DEFENDANT/RESPONDENT: CITY OF SALINAS | CASE NUMBER:<br>08-CV-01563-JW |

    c. [___] by mail and acknowledgment of receipt of service, I mailed the documents listed
        in item 2 to the party, to the address shown in Item 4, by first-class mail,
        postage prepaid.

        (1) on (date):         (2) from (city):
        (3) [___] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4))
            and a postage paid return envelope addressed to me. (Attach completed
            Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ.
            Proc., 415.30).)

        (4) [___] to an address outside California with return receipt requested.
            (Code Civ. Proc., 415.40)
    d. [___] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [___] as an individual defendant.
    b. [___] as the person sued under the fictitious name of (specify):
    c. [___] as occupant.
    d. [XX] on behalf of:
        CITY OF SALINAS

        under the following Code of Civil Procedure section:
        [___] CCP 416.10 (corporation)        [___] 416.60 (minor)
        [___] 416.20 (defunct corporation)        [___] 416.70 (ward or conservatee)
        [___] 416.30 (joint stock or company association)  [___] 416.90 (authorized person)
        [___] 416.40 (association or partnership)      [___] 415.46 (occupant)
        [___] 416.50 (public entity)        [XX] other:
        [___] CCP 415.95 (business organization, form unknown)  O

7. Person who served papers
    a. Name: M. CONRAD
    b. Address: 7124 Owensmouth Ave., # 106, Canoga Park CA 91303
    c. Telephone number: (818) 763-6931
    d. The fee for service was: $ 204.95 (recoverable under CCP1033.5(a)(4)(B))
    e. I am:
        (1) [___] not a registered California process server.
        (2) [___] exempt from registration under Business and Professions Code
            Section 22350(b).
        (3) [XX] registered California process server:
            (i) [___] Owner  [___] Employee  [XX] Independent contractor.
            (ii) Registration No.:
            (iii) County:

8. [XX] I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.
    or
9. [___] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 07/04/08

M. CONRAD                                  _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

Page 2 of 2
Computer-generated form    PROOF OF SERVICE OF SUMMONS    Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)  GO: 11