**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC., | No. C 08-01563 JW |
| Plaintiff(s), | CLERK'S NOTICE COORDINATING HEARING ON MOTIONS FOR PRELIMINARY INJUNCTION |
| v. | |
| CITY OF SALINAS, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion for Hearing re Docket Item Number 7 MOTION for Preliminary Injunction, MOTION for Judgment NOV (Docket Item No. 8) before Judge James Ware previously noticed for August 4, 2008 at 9:00 AM has been reset to **September 8, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy