Vanessa W. Vallarta, City Attorney, # 142404
Susan J. Matcham, Asst. City Attorney, #79562
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257

Attorneys for Defendant
CITY OF SALINAS

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> CITY OF SALINAS, <br><br> Defendant. | Case No. C-08-01563-JW <br><br> NOTICE OF NON-OPPOSITION TO GRANTING PLAINTIFF'S MOTION FOR ORDER CONSOLIDATING THE HEARING ON PRELIMINARY INJUNCTION AND THE FINAL TRIAL ON THE MERITS <br><br> DATE: August 4, 2008 <br> TIME: 9:00 a.m. <br> ROOM: Courtroom 8, 4th Floor <br> JUDGE: Hon. James Ware |

TO THE PLAINTIFF AND TO ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the Defendant, City of Salinas, does not oppose Plaintiff's Motion For An Order Consolidating The Hearing On Motion For Preliminary Injunction And the Final Trial On The Merits, set for hearing in this Court on August 4, 2008. Defendant submits this Notice of Non-Opposition as a convenience to the Court in an effort to avoid the unnecessary analysis of issues that are now rendered moot by this filing.

Defendant will oppose on the merits, Plaintiff's motion to enjoin by preliminary and permanent injunction zoning ordinances contained in the Salinas Municipal Code. Defendant

1  City of Salinas, respectfully requests that the Court set the consolidated hearing on October 6,
2  2008.

3

4  Dated: July 10, 2008                                    CITY OF SALINAS

5

6

7                                                          By: _____
                                                            SUSAN J. MATCHAM
8                                                           Assistant City Attorney
                                                            Attorney for Defendant
9                                                           CITY OF SALINAS

10

...

28

2

Notice of Non-Opposition to                                                              C08-01563-JW
Granting Consolidated Hearing