Vanessa W. Vallarta, City Attorney, # 142404
Susan J. Matcham, Asst. City Attorney, #79562
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA  93901
Telephone:  (831) 758-7256
Facsimile:   (831) 758-7257

Attorneys for Defendant
CITY OF SALINAS

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC.,<br><br>                              Plaintiff,<br><br>       v.<br><br><br><br>CITY OF SALINAS,<br><br>                              Defendant. | **Case No. C-08-01563-JW**<br><br>**DEFENDANT CITY OF SALINAS' CIVIL LOCAL RULE 3-16 CERTIFICATION** |

Pursuant to Civil Local Rule 3-16, defendant, City of Salinas certifies that as of this date, other than the named parties, there is no interest to report under Civil Local Rule 3-16.

Dated:  July 22, 2008                                              CITY OF SALINAS



                                                          By: _____/s/_____
                                                                  SUSAN J. MATCHAM
                                                                  Assistant City Attorney
                                                                  Attorney for Defendant
                                                                  CITY OF SALINAS

1