1  Clyde DeWitt
   California State Bar No. 117911
2  Law Offices of Clyde DeWitt,
       A Professional Corporation
3  2800 28th Street, Suite 321
   Santa Monica, CA 90405-6201
4  (310) 392-2600
   Fax (310) 362-8667
5  clydedewitt@earthlink.net

6  Counsel for Plaintiff, Seven Cities Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC., <br><br> Plaintiff <br><br> v. <br><br> CITY OF SALINAS, <br><br> Defendant | Case Number 5:08-CV-01563-JW <br><br> Hon. James Ware <br><br> **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER** |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective June 9, 2008, the Law Office of Clyde DeWitt, APC will change its address and telephone number to the following:

    Law Office of Clyde DeWitt, APC

    2800 28th Street, Suite 321

    Santa Monica, CA 90405

---

K:\Files\Wiener 0452\074 - Salinas\08-011-p-Notice of Change of Address.wpd     **Page 1**

NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

1         Phone number:    (310) 392-2600

2     PLEASE ALSO TAKE NOTICE that clydedewitt@wgdlaw.com is no longer a valid

3 email address. Please use clydedewitt@earthlink.net instead.

4 Dated: July 25, 2008.                   Respectfully Submitted,

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC

By: _____
     Clyde DeWitt

Counsel for Plaintiff
Seven Cities Enterprises, Inc

---

K:\Files\Wiener 0452\074 - Salinas\08-011-p-Notice of Change of Address.wpd    **Page 2**

NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER