*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
Judge James Ware

1  Clyde DeWitt
   California State Bar No. 117911
2  Law Offices of Clyde DeWitt,
       A Professional Corporation
3  2800 28th Street, Suite 321
   Santa Monica, CA 90405-6201
4  (310) 392-2600
   Fax (310) 362-8667
5  clydedewitt@earthlink.net

6  Counsel for Plaintiff, Seven Cities Enterprises, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC.,<br><br>     Plaintiff<br><br>v.<br><br>CITY OF SALINAS,<br><br>     Defendant | Case Number 5:08-CV-01563-JW<br><br>Hon. James Ware<br><br>[PROPOSED] ORDER CONSOLIDATING FINAL TRIAL WITH HEARING ON MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. PROC. 65(a)(2)<br><br>Date: August 4, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8 |

1. NOTICE OF MOTION;
2. [PROPOSED] ORDER;
3. MEMORANDUM OF POINTS AND AUTHORITIES RE CONSOLIDATION;
4. MEMORANDUM OF POINTS AND AUTHORITIES RE PRELIMINARY INJUNCTION;
5. DECLARATION OF WILLIAM H. ANDRUS;
6. DECLARATION OF JAMES VOCELKA; AND
7. DECLARATION OF CLYDE DEWITT.

K:\Files\Wiener 0452\Salinas\7 Cities v Salinas\Cons\08-006-p-Consolidation - Proposed Order.wpd    Page 1

[PROPOSED] ORDER OF CONSOLIDATION

**\*\*\* ORDER \*\*\***

For good cause shown and in light of Defendant's statement of non-opposition, Plaintiff's motion to consolidate the hearing on Plaintiff's Motion for Preliminary Injunction and Final Trial on the Merits is GRANTED. The hearing currently set for September 8, 2008 is VACATED. The consolidated hearing and trial on the merits will take place on **October 3, 2008 at 9 a.m.**

In connection with this consolidated hearing, Defendant's opposition shall be filed on or before **September 8, 2008**. Plaintiff's reply, if any, shall be filed on or before **September 12, 2008.**

Any party wishing to introduce live testimony shall file the proper notice in accordance with the Federal Rules of Civil Procedure and the Civil Local Rules.

Dated: August 18, 2008

_____
JAMES WARE
United States District Judge

K:\Files\Wiener 0452\Salinas\7 Cities v Salinas\Cons\08-006-p-Consolidation - Proposed Order.wpd  Page 2

[PROPOSED] ORDER OF CONSOLIDATION