1  Vanessa W. Vallarta, City Attorney, # 142404
   Susan J. Matcham, Asst. City Attorney, #79562
2  Georgina B. Mendoza, Dep. City Attorney, #230940
   CITY OF SALINAS
3  OFFICE OF THE CITY ATTORNEY
   200 Lincoln Avenue
4  Salinas, CA 93901
   Telephone: (831) 758-7256
5  Facsimile: (831) 758-7257

6  Attorneys for Defendants
   CITY OF SALINAS
7

8
                    UNITED STATES DISTRICT COURT
9
          THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10

11 | SEVEN CITIES ENTERPRISES, INC.,        | Case No. C-08-01563-JW
12 |                Plaintiffs,              | **NOTICE OF ASSOCIATION OF COUNSEL**
13 | v.                                      |
14 | CITY OF SALINAS                         |
   |                Defendants.              |
15

16
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
17
        PLEASE TAKE NOTICE that Defendant, CITY OF SALINAS, and City of Salinas City
18
   Attorney, Vanessa W. Vallarta hereby associate Georgina B. Mendoza, Deputy City Attorney for
19
   the City of Salinas, as an attorney of record. Attorney Mendoza's address and telephone
20
   numbers are as follows:
21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

                                         1

1  Georgina B. Mendoza, SBN 230940
   CITY OF SALINAS
2  OFFICE OF THE CITY ATTORNEY
   200 Lincoln Avenue
3  Salinas, CA 93901
   Telephone: (831) 758-7256
4  Facsimile: (831) 758-7257

5

   Email: georgina@ci.salinas.ca.us
6         julian@ci.salinas.ca.us

7

   Dated: September 3, 2008
8

9                                          _____
                                           GEORGINA B. MENDOZA
10                                         Attorney for Defendant
                                           CITY OF SALINAS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
Association of Counsel                              Case No. C 08-01563-JWL