Vanessa W. Vallarta, City Attorney, # 142404
Susan J. Matcham, Asst. City Attorney, #79562
Georgina B. Mendoza, Deputy City Attorney, #230940
CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257

Attorneys for Defendant
CITY OF SALINAS

UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SALINAS, <br><br> Defendant. | Case No. C-08-01563-JW <br><br> DECLARATION OF CHUCK LERABLE IN SUPPORT OF CITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION <br><br> DATE: October 3, 2008 <br> TIME: 9:00 A.M. <br> ROOM: Courtroom 8, 4th Floor <br> JUDGE: Hon. James Ware |

I, CHUCK LERABLE, hereby declare:

1. I am the Geographic Information Systems ("GIS") Administrator for the City of Salinas ("City") and have been so employed for approximately twelve (12) years. I am competent to testify about the information set forth below:

2. On August 14, 2008, my department was contacted by the Salinas City Attorney's Office and was asked to prepare a map of the City that identifies the zoning districts where adult entertainment facilities are permitted to locate pursuant to the City's zoning code.

//

1

Declaration of Chuck Lerable ISO City's
Opposition of Motion for
Preliminary and Permanent Injunction

C08-01563-JW

3. I created the map entitled "Locations For Adult Entertainment Facilities" attached to this declaration attached hereto as **Exhibit "A"**, using ArcGIS Software and data prepared and maintained by the City of Salinas. These data included: zoning, land use, schools, parks, streets and city limits. Creation of the "Adult Entertainment Not Permitted" areas involved extracting data subsets from existing zoning, land use, schools and parks map layers. These subsets were used to create thematic map layers that represent features or zones with proximity restrictions for adult entertainment facilities per Salinas Municipal Code ("SMC") Section 37-50.020.

4. In a Geographic Information System (GIS), data is stored in spatial layers much like pages in a ringed binder. Layers can be added and combined depending on the layer's combined purpose. In this case, the purpose was to show the cumulative effect that feature zones and restrictive buffers in the Industrial-General (IG) and Industrial-General Commercial (IGC) zoning districts. This process first required extracting data layers (.shp files) from existing spatial data set.

5. The ArcGIS software was used to illustrate buffer zones as described in SMC § 37-50.020. For example, a 250-foot buffer was created around the outer edge of the residential zoning district. The significance of this map is that it represents the combined areas of the City within which adult entertainment facilities may be located. The "Adult Entertainment Not Permitted" layer was intentionally rendered over the IG and IGC districts to display the uncovered areas where adult entertainment facilities may be located.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

This declaration was executed on this 15th day of August 2008, in Salinas, California.

_____
CHUCK LERABLE

2

Declaration of Chuck Lerable ISO City's
Opposition of Motion for
Preliminary and Permanent Injunction                               C08-01563-JW

**EXHIBIT "A"**

