

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SEVEN CITIES ENTERPRISES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SALINAS,<br><br>　　　　　　Defendant. | Case No. C-08-01563-JW<br><br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

　　　　The Court continues the Case Management Conference currently set for September 22, 2008 to **October 3, 2008** to coincide with the hearing on Plaintiff's Motion for Preliminary Injunction and Final Trial on the Merits. The conference will be held following the hearing.

Dated:  September 16, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge