1  Clyde DeWitt
   California State Bar No. 117911
2  Law Offices of Clyde DeWitt,
        A Professional Corporation
3  2800 28th Street, Suite 321
   Santa Monica, CA 90405-6201
4  (310) 392-2600
   Fax (310) 362-8667
5  clydedewitt@earthlink.net

6  Counsel for Plaintiff, Seven Cities Enterprises, Inc.

7

*IT IS SO ORDERED*
*Judge James Ware*

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | SEVEN CITIES ENTERPRISES, INC.,    Case Number 5:08-CV-01563-JW

12 |      Plaintiff                      Hon. James Ware

13 | v.                                  [PROPOSED] ORDER GRANTING
                                         STIPULATED REQUEST TO EXTEND
14 |                                     PLAINTIFF'S DEADLINE FOR FILING
   | CITY OF SALINAS,                    ITS MOTION FOR ATTORNEY'S FEES
15 |                                     AND A BILL OF COSTS
   |      Defendant
16

17

---

Page 1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFF'S
DEADLINE FOR FILING ITS MOTION FOR ATTORNEY'S FEES AND A BILL OF COSTS

K:\Files\Wiener 0452\074 - Salinas\7 Cities v Salinas\08-020-p-Stipulation for extention re Attorneys Fees-Proposed Order.wpd

Pursuant to stipulation, to Fed. R. Civ. Proc. 6(b) and to Local Rules 6-2, 6-3 and 54-6 of this Court, good cause having been shown and found by the Court to exist, it is ordered that the deadlines for Plaintiff to file both its motion for attorney's fees pursuant to 42 U.S.C. § 1988 and its bill of costs pursuant to Fed. R. Civ. Proc. 54(b) are extended to Tuesday, March 17, 2009.

Signed this __16__ day of December, 2008.

_____
United States District Judge

Page 2

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFF'S DEADLINE FOR FILING ITS MOTION FOR ATTORNEY'S FEES AND A BILL OF COSTS**

K:\Files\Wiener 0452\074 - Salinas\7 Cities v Salinas\08-020-p-Stipulation for extention re Attorneys Fees-Proposed Order.wpd