Clyde DeWitt
California State Bar No. 117911
Law Offices of Clyde DeWitt,
  A Professional Corporation
2800 28th Street, Suite 321
Santa Monica, CA 90405-6201
(310) 392-2600
Fax (310) 362-8667
*clydedewitt@earthlink.net*

Counsel for Plaintiff, Seven Cities Enterprises, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

SEVEN CITIES ENTERPRISES, INC.,

    Plaintiff

v.

CITY OF SALINAS,

    Defendant

Case Number 5:08-CV-01563-JW

Hon. James Ware

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFF'S DEADLINE FOR FILING ITS MOTION FOR ATTORNEY'S FEES AND A BILL OF COSTS**

**Page 1**

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFF'S
DEADLINE FOR FILING ITS MOTION FOR ATTORNEY'S FEES AND A BILL OF COSTS**

K:\Files\Wiener 0452\074 - Salinas\7 Cities v Salinas\09-036-p-Stipulation for extension re Attorneys Fees-Proposed Order.wpd

1         Pursuant to stipulation, to Fed. R. Civ. Proc. 6(b) and to Local Rules 6-2, 6-3 and 54-6

2    of this Court, good cause having been shown and found by the Court to exist, it is ordered

3    that the deadlines for Plaintiff to file both its motion for attorney's fees pursuant to 42 U.S.C.

4    § 1988 and its bill of costs pursuant to Fed. R. Civ. Proc. 54(b) are extended to Tuesday,

5    June 9, 2009.  This Order also finds as MOOT Docket Item No. 46.

6         Signed this _9_ day of MARCH , 2009.

7

8    _____

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Page 2**

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFF'S
DEADLINE FOR FILING ITS MOTION FOR ATTORNEY'S FEES AND A BILL OF COSTS**

K:\Files\Wiener 0452\074 - Salinas\7 Cities v Salinas\09-036-p-Stipulation for extension re Attorneys Fees-Proposed Order.wpd

1 Prepared and Respectfully Submitted on February 20, 2009,

2                                  CLYDE DeWITT
                                 LAW OFFICES OF CLYDE DeWITT, APC

3

4                                  By: _____

5                                          Clyde DeWitt

6                                  Counsel for Plaintiff
                                 Seven Cities Enterprises, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 **Page 3**

27 **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND PLAINTIFF'S
DEADLINE FOR FILING ITS MOTION FOR ATTORNEY'S FEES AND A BILL OF COSTS**

28