IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Seven Cities Enterprises, Inc., | NO. C 08-01563 JW |
|         Plaintiff, | **ORDER CLOSING CASE** |
|   v. | |
| City of Salinas, | |
|         Defendant. | |

Pursuant to the Court's December 3, 2008 Judgment and Permanent Injunction,[1] the Clerk shall close this file.

Dated:  January 3, 2011

/s/ James Ware
JAMES WARE
United States District Judge

---

[1] (See Docket Item No. 31.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clyde DeWitt clydedewitt@earthlink.net
Georgina Berenice Mendoza georgina@ci.salinas.ca.us
Susan J. Matcham susanm@ci.salinas.ca.us

**Dated: January 3, 2011**                              **Richard W. Wieking, Clerk**

                                                        **By:     /s/ JW Chambers
                                                                Elizabeth Garcia
                                                                Courtroom Deputy**